AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

EDGARDO RIVERA, and
DANIEL COLON

*Plaintiff(s)*

v.

REPUBLIC SERVICES OF FLORIDA, LIMITED PARTNERSHIP

*Defendant(s)*

Civil Action No. 8:17cv2414T36MAP

RECEIVED

2017 OCT 13 PM 2:42

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Republic Services of Florida, LimitedPartnership
c/o CT Corporation System
1200 South Pine Island Road
Plantation, Fl 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cynthia Gonzalez
4023 N Armenia Ave, Suite 240
Tampa, FL 33607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: OCT 13 2017

*Signature of Clerk or Deputy Clerk*